Terry J. MacDonald
Joyce, Johnston & MacDonald, PLLP
321 W. Galena, Ste. B
Butte, MT 59701
(406) 723-8700
terry@joyce-johnston.com
          Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

_____

| | |
|---|---|
| LYNNETTE NIGRO, ) | |
| ) | Cause No. 07-128-M-DWM |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S MOTION TO** |
| vs. ) | **SCHEDULE SETTLEMENT** |
| ) | **CONFERENCE** |
| BRIDGESTONE AMERICAS ) | |
| HOLDING, INC., ) | |
| ) | |
| Defendant. ) | |

_____

    COMES now the Plaintiff above named, by and through her counsel of record and moves this court to set a settlement conference before a magistrate judge in the above entitled matter.  Counsel for defendant has been contacted and does not object to this Motion.

    DATED this 6th day of January, 2009.


**1.    PLAINTIFF'S MOTION TO SCHEDULE SETTLEMENT CONFERENCE**

        Joyce, Johnston & MacDonald, PLLP

        /s/   Terry J. MacDonald
        Terry J. MacDonald
        Joyce, Johnston & MacDonald
        Attorneys for Plaintiff
        terry@joyce-johnston.com

## CERTIFICATE OF SERVICE

I do hereby certify that I served the foregoing on the following by CM/EFC:

Maxon R. Davis
Davis, Hatley, Haffeman & Tighe, PC
PO Box 2103
Great Falls, MT 59403-2103
max.davis@dhhtlaw.com
Attorney for Defendant

DATED this  6th  day of January, 2009.

        Joyce, Johnston & MacDonald, PLLP

        /s/ Terry J. MacDonald
        Terry J. MacDonald
        Joyce, Johnston & MacDonald, PLLP
        Attorneys for Plaintiff
        terry@joyce-johnston.com