

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| LYNNETTE NIGRO, | ) | CV 07-128-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRIDGESTONE AMERICAS HOLDINGS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Plaintiff's request (dkt #10) for a settlement conference,

IT IS HEREBY ORDERED that this matter is referred to United States Magistrate Judge Jeremiah C. Lynch for the limited purpose of conducting a formal settlement conference. The parties are directed to contact Judge Lynch's chambers at 406-542-7280 upon receipt of this Order for purposes of selecting a date for the settlement conference.

The Clerk of Court shall immediately notify the parties and Judge Lynch of the entry of this Order.

DATED this 9th day of January, 2009.

Donald W. Molloy, Chief Judge
United States District Court