```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MONTANA
                        MISSOULA DIVISION
      _____

LYNETTE NIGRO,
                                      CAUSE NO. CV 07-128-M-DWM
                  Plaintiff,

        vs.
                                              ORDER
BRIDGESTONE AMERICAS
HOLDINGS, INC.,

                  Defendant.
      _____
```

United States District Court Judge Donald W. Molloy has referred this case to the undersigned for the purpose of conducting a settlement conference.  Accordingly,

**IT IS ORDERED** that a telephonic scheduling conference for purposes of selecting a date for the settlement conference is set for **January 14, 2009, at 9:30 a.m**.  All counsel shall telephone (406) 829-7151 at the designated time to participate in the scheduling conference.  Counsel are advised that upon dialing the number they will not hear any telephone ring, but will automatically be placed into the conference as soon as the number

ORDER/ Page 1

is dialed and should announce themselves once they are in the conference.

    DATED this 9th day of January, 2009.

                                    /s/ Jeremiah C. Lynch  
                                    Jeremiah C. Lynch  
                                    United States Magistrate Judge