# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

_____

LYNETTE NIGRO,

                                                                           CAUSE NO. CV 07-128-M-DWM

                 Plaintiff,

vs.

                                                                           ORDER

BRIDGESTONE AMERICAS
HOLDINGS, INC.,

                 Defendant.

_____

**IT IS ORDERED** that a settlement conference is set for **February 18, 2009, at 9:00 a.m.,** at the Russell Smith Courthouse, 201 E. Broadway, Missoula, Montana. Counsel are directed to report to the United States Magistrate Judge's Courtroom on the first floor of the Courthouse at that time.

<u>ULTIMATE SETTLEMENT AUTHORITY</u>

It shall be the responsibility of counsel to ensure that <u>all named parties with ultimate settlement authority</u> in this case <u>are present in person</u> at the settlement conference. If a corporation is so named, or if an insurance carrier or governmental agency is involved, then the <u>representative with ultimate settlement authority for said corporation, governmental agency and/or insurance carrier shall</u>

ORDER/ PAGE 1

be present in person at the settlement conference.  Availability of the named parties and/or corporate, insurance carrier, or governmental agency representatives by telephone will not be acceptable.   "**Ultimate settlement authority**" means the absolute discretionary authority to settle the case up to the amount of the Plaintiff's last settlement demand or the amount claimed in the Complaint, whichever is less.

## SANCTIONS

Failure to comply with the conditions set forth above, including appearance in person, or as otherwise directed herein, with ultimate settlement authority, or failure to negotiate in good faith, shall result in the imposition of the following sanctions:

1. Reimbursement of all costs incurred by the party in compliance, including attorneys fees, travel costs, wages, and any other legitimate expenses.

2. The immediate rescheduling of the conference with the continued requirement that a person with ultimate settlement authority be present.

3. Such other sanctions as the court deems appropriate to assure compliance.

## CONFIDENTIAL SETTLEMENT BROCHURE

**IT IS FURTHER ORDERED** that on or before **February 11, 2009,** the respective parties shall submit to Judge Lynch, at Russell Smith Courthouse, 201 East Broadway, Room 370, Missoula, MT 59802, a confidential settlement

brochure, no longer than 15 pages in length (excluding attachments), setting forth the facts of the case and all further information the parties deem relevant to settlement, including an analysis of liability as well as a separate analysis of damages.  The brochures shall not be exchanged among the parties nor become part of the formal court record and shall be returned at the close of the conference, upon request of counsel.

**IT IS FURTHER ORDERED** that facsimile (FAX) submissions are not acceptable and will be disregarded by the Court.

DATED this 14th day of January, 2009.

      /s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge