MAXON R. DAVIS
DENNIS TIGHE
DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
The Milwaukee Station, Third Floor
101 River Drive North
P.O. Box 2103
Great Falls, Montana 59403-2103
Telephone: (406) 761-5243
Attorneys for Defendant

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
LYNNETTE NIGRO

               Plaintiff,      CV-07-128-M-DWM

   -vs-

BRIDGESTONE AMERICAS      DEFENDANT'S
HOLDINGS, INC.      RESPONSE TO
      PLAINTIFF'S COST
      SUBMISSION

               Defendant.
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

Defendant has no objection to how the costs were calculated in the

submission filed by Plaintiff.

DATED this 9th day of March, 2009.

>DAVIS, HATLEY, HAFFEMAN & TIGHE
>
>By  /s/ Dennis Tighe  
>   Dennis Tighe  
>   P.O. Box 2103  
>   Great Falls, Montana 59403-2103  
>   Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2009, a copy of the foregoing was served on the following persons by the following means:

   X    CM/ECF  
_____ Hand Delivery  
_____  Mail  
_____ Overnight Delivery Service  
_____ Fax  
_____ E-Mail

Terry J. McDonald  
Joyce, Johnston & McDonald, PLLP  
321 W. Galena, Ste. B  
Butte, Montana 59701  
Attorneys for Plaintiff

>  /s/ Dennis Tighe  
>  Dennis Tighe