# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

_____

LYNETTE NIGRO,

                                                                CV 07-128-M-DWM

            Plaintiff,

  vs.

                                                                ORDER

BRIDGESTONE AMERICAS
HOLDINGS, INC.,

           Defendant.

_____

     Pursuant to Order entered February 18, 2009, counsel for Plaintiff filed his affidavit setting forth the expenses, including attorney's fees, incurred by Plaintiff in attending the settlement conference convened in this matter on February 18, 2009 - an amount totaling $999.50. Defendant filed a response indicating it had no objection to "how the costs were calculated[.]" Dkt. # 18.

     In accordance with the Order of February 18, 2009, IT IS HEREBY ORDERED that the Defendant shall pay to the Plaintiff the sum of $999.50 within 30 days of the date of this Order <u>unless</u> the Defendant advises the Court in writing within 10 days hereof, that it wishes the Court to convene a hearing upon the propriety of the Court ordering Defendant to reimburse the Plaintiff for the

ORDER/ PAGE 1

referenced expenses. If a hearing is requested, the Court shall set the hearing by separate order.

DATED this 9th day of March, 2009.

                     /s/ Jeremiah C. Lynch
                     Jeremiah C. Lynch
                     United States Magistrate Judge