IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| LYNNETTE NIGRO, | ) | CV 07-128-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRIDGESTONE AMERICAS | ) | |
| HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY ORDERED that the Final Pretrial Conference and Bench Trial date set out in the Scheduling Order dated May 23, 2008 are hereby VACATED and reset for **September 21, 2009 with the Final Pretrial Conference to commence at 9:00 a.m. and the Bench Trial to follow.**

    The following deadlines are extended:

| | |
|---|---|
| Attorney Conference to Prepare Final Pretrial Order: | week of August 31, 2009 |

1

| | |
|---|---|
| Submit Final Pretrial Order, Proposed Findings of Fact & Conclusions of Law, and Trial Briefs electronically to dwm_propord@mtd.uscourts.gov (Trial Briefs are optional): | September 10, 2009 |
| Notice to Court Reporter of Intent to Use Real-Time: | September 10, 2009 |
| Notice to I.T. Supervisor of Intent to Use CD-ROM or Videoconferencing: | September 10, 2009 |

DATED this 16th day of June, 2009.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT