Terry J. MacDonald
Joyce, Johnston & MacDonald, PLLP
321 W. Galena, Ste. B
Butte, MT 59701
(406) 723-8700
terry@joyce-johnston.com
    Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| LYNNETTE NIGRO, ) | |
| ) | Cause No. 07-128-M-DWM |
| Plaintiff, ) | |
| ) | **UNOPPOSED MOTION TO VACATE** |
| vs. ) | **TRIAL DATE AND REQUEST FOR** |
| ) | **TELEPHONIC SCHEDULING** |
| BRIDGESTONE AMERICAS ) | **CONFERENCE** |
| HOLDING, INC., ) | |
| ) | |
| Defendant. ) | |

COMES now Plaintiff, by and through her counsel of record, Joyce, Johnston & MacDonald and hereby requests that the court vacate the trial date currently set for September 21, 2009 due to a scheduling conflict. Plaintiff also requests a telephonic scheduling conference for the purpose of resetting the trial date. Counsel for Plaintiff has contacted counsel for Defendant and there is no objection to this Motion.

RESPECTFULLY submitted this  22nd  day of June, 2009.

                                                           Joyce, Johnston & MacDonald, PLLP

                                                           /s/ Terry J. MacDonald
                                                           Terry J. MacDonald
                                                           Joyce, Johnston & MacDonald, PLLP
                                                           Attorneys for Plaintiff
                                                           terry@joyce-johnston.com

**1.**     **UNOPPOSED MOTION TO VACATE TRIAL DATE AND REQUEST FOR TELEPHONIC SCHEDULING CONFERENCE**

## CERTIFICATE OF SERVICE

      I do hereby certify that I served the foregoing on the following counsel of record by CM/EFC:

Dennis Tighe
Davis, Hatley, Haffeman & Tighe, PC
PO Box 2103
Great Falls, MT 59403-2103
dennis.tighe@dhhtlaw.com
Attorney for Defendant

      DATED this 22nd day of June, 2009.

      Joyce, Johnston & MacDonald, PLLP

      /s/ Terry J. MacDonald
      Terry J. MacDonald
      Joyce, Johnston & MacDonald, PLLP
      Attorneys for Plaintiff
      terry@joyce-johnston.com

2.      **UNOPPOSED MOTION TO VACATE TRIAL DATE AND REQUEST FOR TELEPHONIC SCHEDULING CONFERENCE**