IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| LYNNETTE NIGRO, | ) | CV 07-128-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRIDGESTONE AMERICAS HOLDINGS, INC., | ) ) | |
| | ) | |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that the Plaintiff's motion to vacate the trial date (dkt #24) is GRANTED and the request for the telephonic scheduling conference is DENIED.  The Final Pretrial Conference and Bench Trial date set for September 21, 2009 are VACATED and reset for **November 12, 2009 with the Final Pretrial Conference to commence at 9:00 a.m. and the Bench Trial to follow.**

1

The following deadlines are extended:

| | |
|---|---|
| Attorney Conference to Prepare Final Pretrial Order: | week of October 19, 2009 |
| Submit Final Pretrial Order, Proposed Findings of Fact & Conclusions of Law, and Trial Briefs electronically to dwm_propord@mtd.uscourts.gov (Trial Briefs are optional): | October 29, 2009 |
| Notice to Court Reporter of Intent to Use Real-Time: | October 29, 2009 |
| Notice to I.T. Supervisor of Intent to Use CD-ROM or Videoconferencing: | October 29, 2009 |

DATED this 22nd day of June, 2009.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT