IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| LYNNETTE NIGRO, | ) | CV 07-128-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRIDGESTONE AMERICAS HOLDINGS, INC., | ) ) | |
| | ) | |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that the Final Pretrial Conference and Bench Trial date set for November 12, 2009 are VACATED and reset for **January 28, 2010 with the Final Pretrial Conference to commence at 9:00 a.m. and the Bench Trial to follow.**

The following deadlines are extended:

Attorney Conference to Prepare
Final Pretrial Order:                                              week of January 4, 2010

1

| | |
|---|---|
| Submit Final Pretrial Order, Proposed Findings of Fact & Conclusions of Law, and Trial Briefs electronically to dwm_propord@mtd.uscourts.gov (Trial Briefs are optional): | January 14, 2010 |
| Notice to Court Reporter of Intent to Use Real-Time: | January 14, 2010 |
| Notice to I.T. Supervisor of Intent to Use CD-ROM or Videoconferencing: | January 14, 2010 |

DATED this 20th day of October, 2009.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT