# UNITED STATES DISTRICT COURT

## DISTRICT OF MONTANA

## MISSOULA DIVISION

| | |
|---|---|
| **Lynnette Nigro,**          ) | |
|                                                    ) | |
| **Plaintiff,**          ) | |
| vs.                                            ) | **JUDGMENT** |
|                                                    ) | **CV 07-128-M-DWM** |
| **Bridgestone America's Holding, Inc.**   ) | |
|                                                    ) | |
| **D**efendant.          ) | |

_____  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court.**

IT IS HEREBY ORDERED that judgment is entered in favor of defendant and against plaintiff as per oral findings after a bench trial on 2/24/10.

Dated this 25th day of February, 2010.

PATRICK E. DUFFY, CLERK

By: ____B. Warren_____
        Deputy Clerk