IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

---

Lynette Nigro,

    Plaintiff,

  vs.

Bridgestone America's Holding, Inc.

    Defendants.

CV 07-128-M-DWM

Clerk's Memorandum
On Bill Of Costs

---

Defendant Bridgestone America's Holding, Inc., filed a Bill of Costs in this matter on March 7, 2010.  Final Judgment was entered in this case on February 25, 2010, in favor of Bridgestone America's Holding, Inc. and against Lynette Nigro.   No objections have been filed.

After review, the Clerk makes the following determination:

| | |
|---|---|
| Witness Fees | $   885.08 |
| Deposition Expense: | $   492.00 |
| Total: | $ 1,377.08 |

Therefore, costs are taxed in the total sum of $ 1,377.08.

DONE AND DATED this 23rd day of March, 2010.

                PATRICK E. DUFFY
                Clerk of Court

                By: /s/ A. Goodwin
                Deputy Clerk