MAXON R. DAVIS
DENNIS TIGHE
DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
The Milwaukee Station, Third Floor
101 River Drive North
P.O. Box 2103
Great Falls, Montana 59403-2103
Telephone: (406) 761-5243
*Attorneys for Defendant*

## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

LYNNETTE NIGRO

          Plaintiff,        CAUSE NO. CV-07-128-M-DWM

-vs-

BRIDGESTONE AMERICAS        **SATISFACTION OF**
HOLDINGS, INC.        **JUDGMENT**
                                          **REGARDING COSTS**
          Defendant.

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

COMES NOW, the Defendant, Bridgestone Americas Holding, Inc. by and through its counsel of record and hereby acknowledges that for good and valuable consideration, the Defendant has received full satisfaction of the Bill of Costs in the sum of $1,377.08 entered by the Clerk on March 23, 2010 as document 46.

I hereby authorize and direct the Clerk of said Court to enter satisfaction of record regarding the Bill of Costs in the sum of $1,377.08.

DATED this 23rd day of March, 2010.

                    DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.

                    By  /s/ Dennis Tighe
                         DENNIS TIGHE
                         Attorneys for Defendant